✎Prob 12C
(Rev. 10/10 - D/SC)

# UNITED STATES DISTRICT COURT

for

District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Samtonius Small                **Case Number:** 3:06CR00748-1

**Name of Sentencing Judicial Officer:** The Honorable Joseph F. Anderson, Jr., United States District Judge

**Date of Original Sentence:** October 23, 2007

**Original Offense:** Possession with Intent to Distribute and Distribution of a Quantity of Cocaine Base (2 counts)

**Original Sentence:** 41 months custody (41 months as to <u>Counts Six and Seven</u>) to run concurrent with any undischarged state sentence now serving, to be followed by a 6 year term of supervised release, as to <u>Counts Six and Seven</u> (concurrently) with the following special condition: The defendant shall participate in a substance abuse treatment program to include drug testing as approved by the U. S. Probation Office.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** January 22, 2010

**Assistant U.S. Attorney:** Todd Hagins            **Defense Attorney:** Jan S. Strifling

**Previous Court Action/Notification(s):** On March 12, 2010, and March 23, 2010, Mr. Small tested positive for marijuana use. The Court was notified and Mr. Small was placed on color code testing and continued on supervised release. On March 26, 2010, Mr. Small tested positive for marijuana use. The Court was notified and Mr. Small was continued on supervised release. His three tests were submitted for a qualitative analysis. The results indicated Mr. Small reused marijuana prior to the collection on March 23, 2010.

On May 16, 2011, Mr. Small signed an admission form indicating he smoked marijuana. The Court was notified and Mr. Small was referred to drug/mental health treatment.

On February 27, 2012, and March 1, 2012, Mr. Small tested positive for marijuana use. He signed an admission form indicating he smoked marijuana. Mr. Small was enrolled in substance abuse treatment and ordered to complete 20 hours of community service. On April 10, 2012, Mr. Small tested positive for cocaine use. The Court allowed Mr. Small to continue in drug treatment.

---

### PETITIONING THE COURT

☐        To issue a warrant

☒        To issue a summons

Prob 12C  
(Rev. 10/10 - D/SC)

PAGE 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **New Criminal Conduct:** On November 14, 2013, Mr. Small was arrested by the Richland County Sheriff's Department and charged with Possession with Intent to Distribute Marijuana. The arrest occurred during a traffic stop, subsequent to the search of Mr. Small's vehicle. Deputies discovered a glass jar containing approximately 20 grams of marijuana; plastic baggies; a digital scale; and $1,456.00 in cash. |
| 2 | **Use/Possession of Illegal Drugs:** Mr. Small tested positive for marijuana use on the following dates: March 12, 2010; March 23, 2010; March 26, 2010; May 16, 2011; February 27, 2012; March 1, 2012; and November 18, 2013. On April 10, 2012, Mr. Small tested positive for cocaine use. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     November 25, 2013

*Dale A. Hunt*

Dale G. Hunt  
U.S. Probation Officer

Reviewed and Approved By:

*Todd E. Salley*

Todd E. Salley  
Supervising U.S. Probation Officer

Prob 12C                                                                                              PAGE 3
   (Rev. 10/10 - D/SC)

## THE COURT ORDERS:

[ ]   No action.

[ ]   The issuance of a warrant.

[x]   The issuance of a summons.

[ ]   Other

---

### BOND CONSIDERATION:

[x]   Bond to be set at the discretion of the United States Magistrate Judge

[ ]   No bond to be set.

[ ]   Other (specify): _____

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.* (signature)

November 26, 2013                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                                  United States District Judge